# UNITED STATES  DISTRICT COURT

## Northern District of California

| | |
|---|---|
| FLAGSTAR BANK | No. C 11-03611 MEJ |
| Plaintiff(s), | **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |
| v. | |
| JULIANNA SIMMONS | |
| Defendant(s). | |
| _____/ | |

Pending before the Court is Plaintiff's motion to remand.  Upon review of the record in this action, the Court notes that the parties have not filed written consents to magistrate judge jurisdiction.  This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the court, by way of the enclosed form (or the form on the Court's website), whether they consent to magistrate judge jurisdiction or request reassignment to a United States District Judge for trial.  The parties shall inform the Court of their decision by August 11, 2011.

**IT IS SO ORDERED.**

Dated: July 29, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLAGSTAR BANK

       Plaintiff(s),

  vs.

JULIANNA SIMMONS

       Defendant(s).
_____/

No. C   11-03611 MEJ

**CONSENT TO ASSIGNMENT OR**
**REQUEST FOR REASSIGNMENT**

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____     Signed by: _____

                                         Counsel for:_____

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     Signed by: _____

                                         Counsel for: _____

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FLAGSTAR BANK

                Plaintiff,

   v.

JULIANNA SIMMONS

              Defendant.

_____/

Case Number: 11-03611 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julianna Simmons
1452 N. Vasco Road, #286
Livermore, CA 94551

Dated: July 29, 2011

                              Richard W. Wieking, Clerk
                              By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California